IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSICA M. FOX,
ADC #713272                                                          PETITIONER

v.                              No. 5:16-cv-139-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

## JUDGMENT

Fox's petition for a writ of *habeas corpus* is granted. Her convictions and sentences in Polk County Circuit Court Case No. CR 2015-19 are vacated.

*D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

21 June 2016