IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSICA M. FOX,
ADC #713272                                                                PETITIONER

v.                          No. 5:16-cv-139-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                         RESPONDENT

ORDER

The Court notes and appreciates Kelley's reports on Fox's release, № 7, and on Fox's conviction and sentence being set aside, № 9.

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

21 July 2016